## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 14-10449-JDW** |
| **LAMAD MINISTRIES/SEASONS** | ) | |
| **CHRISTIAN CARE CENTER, INC.** | ) | **Chapter 11** |
| | ) | |
| **Debtor** | ) | |
| | ) | |

## NOTICE OF APPOINTMENT
## OF
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

Creditors to serve on the Committee of Unsecured Creditors:

SEE EXHIBIT "A" ATTACHED

This 14th day of April, 2014.

Respectfully submitted,

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE,
REGION 21

/s/Elizabeth A. Hardy
Elizabeth A. Hardy
Assistant United States Trustee
KY Bar No. 82701

440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201
(478) 752-3544
elizabeth.a.hardy@usdoj.gov

**EXHIBIT "A"**

Laurie Beckham
2724 Ledo Road, V43
Albany, GA 31707
(229) 435-8668


Eleanor Davis
2724 Ledo Road, V39
Albany, GA  31707
(229) 888-2210
grangran40@hotmail.com


Sally Sharman
1721 Beattie Road, Apt. #136
Albany, GA  31721
(229) 888-2445
rhendric@ppmh.org


D.D. & Dot Hautman
Attn: Mrs. D.S. Hautman
2724 Ledo Road, V38
Albany, GA  31707
(229) 435-3326
dot1927@live.com


Jane Meinders
Attn: Steve Ivey
504 Largovista Drive
Oakland, FL 34787
(770) 639-4744
jsivey@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading titled **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** either through the Court's electronic filing system or by placing a true and correct copy with the United States Postal Service with adequate postage affixed to assure first class delivery and addressed to:

Lamad Ministries/Seasons
Christian Care Center, Inc.
Attention: Dr. Charles William Eidenire
2724 Ledo Road
Albany, GA  31707

David S. Ballard
Attorney for Debtor
Kelley, Lovett & Blakey
P.O. Box 70879
Albany, GA  31708

Laurie Beckham
2724 Ledo Road, V43
Albany, GA 31707

Eleanor Davis
2724 Ledo Road, V39
Albany, GA  31707

Sally Sharman
1721 Beattie Road, Apt. #136
Albany, GA  31721

D.D. & Dot Hautman
Attn: Mrs. D.S. Hautman
2724 Ledo Road, V38
Albany, GA  31707

Jane Meinders
Attn: Steve Ivey
504 Largovista Drive
Oakland, FL 34787

David A. Garland
Moore, Clarke, DuVall and Rodgers, PC
P.O. Box 71727
Albany, GA  31708

And the parties listed on the attached List of Creditors Holding 20 Largest Unsecured Claims

This 14th day of April, 2014.

/s/Elizabeth A. Hardy
Elizabeth A. Hardy
Assistant United States Trustee
KY Bar No. 82701
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201
(478) 752-3544
elizabeth.a.hardy@usdoj.gov

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re    **Lamad Ministries/Seasons Christian Care Center, Inc.**        Case No.

                                         Debtor(s)             Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Betty Odom**<br>**183 Sandy Beach Road**<br>**Leesburg, GA 31763** | **Betty Odom**<br>**183 Sandy Beach Road**<br>**Leesburg, GA 31763** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V22** | **Disputed** | **103,400.80** |
| **Betty Stewart**<br>**166 Alachua lane**<br>**Albany, GA 31707** | **Betty Stewart**<br>**166 Alachua lane**<br>**Albany, GA 31707** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V31** | | **102,801.34** |
| **Cecil and Doris McLaggan**<br>**c/o John McLaggan**<br>**Route Box 1226**<br>**Alapaha, GA 31622** | **Cecil and Doris McLaggan**<br>**c/o John McLaggan**<br>**Route Box 1226**<br>**Alapaha, GA 31622** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V25** | | **103,561.45** |
| **D.D. & Dot Hautman**<br>**2724 Ledo Road, V38**<br>**Albany, GA 31707** | **D.D. & Dot Hautman**<br>**2724 Ledo Road, V38**<br>**Albany, GA 31707** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V38** | | **112,579.10** |
| **Doris Goode**<br>**2725 Ledo Road, V35**<br>**Albany, GA 31707** | **Doris Goode**<br>**2725 Ledo Road, V35**<br>**Albany, GA 31707** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V35** | | **103,068.91** |
| **Eleanor Davis**<br>**2724 Ledo Road, V39**<br>**Albany, GA 31707** | **Eleanor Davis**<br>**2724 Ledo Road, V39**<br>**Albany, GA 31707** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V39** | | **113,354.30** |
| **Estate of Bill Hammack**<br>**c/o Tony Hammack**<br>**251 Archie Dr**<br>**Albany, GA 31707** | **Estate of Bill Hammack**<br>**c/o Tony Hammack**<br>**251 Archie Dr**<br>**Albany, GA 31707** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V45** | | **100,097.70** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Lamad Ministries/Seasons Christian Care Center, Inc.**
_____
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Estate of Odessa Gutherie c/o Nickie McDaniel 2604 Ridgewood Lane Albany, GA 31707** | **Estate of Odessa Gutherie c/o Nickie McDaniel 2604 Ridgewood Lane Albany, GA 31707** | **refundable deposit Season's Christian Care Center 2724 Ledo Road, Unit V33** | | **108,932.60** |
| **Estate of Shirley Cobb c/o JoNell Murray 117 Alberta Ave Woodbine, GA 31569** | **Estate of Shirley Cobb c/o JoNell Murray 117 Alberta Ave Woodbine, GA 31569** | **refundable deposit Season's Christian Care Center 2724 Ledo Road, Unit V28** | | **102,119.75** |
| **Jane Meinders c/o Mr. Steve Ivey 504 Largovista Dr Winter Garden, FL 34787** | **Jane Meinders c/o Mr. Steve Ivey 504 Largovista Dr Winter Garden, FL 34787** | **refundable deposit Season's Christian Care Center 2724 Ledo Road, Unit V37** | | **108,544.25** |
| **Kenneth and Alouida Murphy 2724 Ledo Road, V30 Albany, GA 31707** | **Kenneth and Alouida Murphy 2724 Ledo Road, V30 Albany, GA 31707** | **refundable deposit Season's Christian Care Center 2724 Ledo Road, Unit V30** | | **102,362.48** |
| **Laurie Beckham 2724 Ledo Road, V43 Albany, GA 31707** | **Laurie Beckham 2724 Ledo Road, V43 Albany, GA 31707** | **refundable deposit Season's Christian Care Center 2724 Ledo Road, Unit V43** | | **114,750.00** |
| **Leonard Knight 2724 Ledo Road, V19 Albany, GA 31707** | **Leonard Knight 2724 Ledo Road, V19 Albany, GA 31707** | **refundable deposit Season's Christian Care Center 2724 Ledo Road, Unit V19** | | **104,317.10** |
| **Lucy Manning c/o Dorothy Hackney 2724 Ledo Road, V12 Albany, GA 31707** | **Lucy Manning c/o Dorothy Hackney 2724 Ledo Road, V12 Albany, GA 31707** | **refundable deposit Season's Christian Care Center 2724 Ledo Road, Unit V10** | | **103,999.20** |
| **Margaret and Ralph Robinson 1493 West Ferry Crossing Myrtle Beach, SC 29575** | **Margaret and Ralph Robinson 1493 West Ferry Crossing Myrtle Beach, SC 29575** | **refundable deposit Season's Christian Care Center 2724 Ledo Road, Unit V29** | | **108,200.35** |
| **Mary Lois Walls 2724 Ledo Road, V44 Albany, GA 31707** | **Mary Lois Walls 2724 Ledo Road, V44 Albany, GA 31707** | **refundable deposit Season's Christian Care Center 2724 Ledo Road, Unit V44** | | **100,338.82** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Lamad Ministries/Seasons Christian Care Center, Inc.**                          Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Maxwell & Elizabeth Davis**<br>**2724 Ledo Road, V34**<br>**Albany, GA 31707** | **Maxwell & Elizabeth Davis**<br>**2724 Ledo Road, V34**<br>**Albany, GA 31707** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V34** | | **107,916.00** |
| **Robert Hall**<br>**4915 Old Dawson**<br>**Albany, GA 31721** | **Robert Hall**<br>**4915 Old Dawson**<br>**Albany, GA 31721** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V40** | | **109,934.34** |
| **Sally Sharman**<br>**1721 Beattie Road**<br>**Albany, GA 31721** | **Sally Sharman**<br>**1721 Beattie Road**<br>**Albany, GA 31721** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V36** | | **112,966.05** |
| **Steve and Geneva Troup**<br>**c/o June Walker**<br>**9359 Lamerton**<br>**San Antonio, TX 78250** | **Steve and Geneva Troup**<br>**c/o June Walker**<br>**9359 Lamerton**<br>**San Antonio, TX 78250** | **refundable deposit**<br>**Season's Christian**<br>**Care Center**<br>**2724 Ledo Road,**<br>**Unit V46** | | **106,728.16** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 1, 2014**                               Signature   **/s/ Dr. Charles William Eidenire**
                                                                    **Dr. Charles William Eidenire**
                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy